IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GIACOMO AMARI and JONATHAN GHAHRAY, <br><br> Plaintiffs, <br><br> v. <br><br> CR ENGLAND, INC., et al., <br><br> Defendants. | Cause No. 1:07-cv-1616-WTL-TAB |

**PLAINTIFFS' AMENDED FINAL WITNESS LIST**

Come now plaintiffs and pursuant to the court's scheduling order hereby submit their Amended Final Witness List:

1. Giacomo (Jack) Amari - Plaintiff;

2. Jonathan Gahary - Plaintiff;

3. JoAnn Gahary - Wife of Jack Amari;

4. Dr. Richard Nevels - Treating physician/Amari;

5. Dr. Douglas Slaughter - Treating physician/Amari;

6. Anthony D. Mosley, M.D., M.S. - Treating physician/Amari;

7. H. Daniel Blackwood, Ph.D. - Treating physician/Amari;

8. Dr. Arthur Schurgin, D.O. - Treating physician/Amari;

9. John H. York, D.O. - Treating physician/Amari;

10. Bunnie F. Richie, D.O., PLC - Treating physician/Amari;

11. Marc S. Walter, Ph.D. - Treating physician/Amari;

12. Dr. David Carfagno, DO - Treating physician/Amari;

13. Dr. Christopher Weung - Treating physician/Amari;

14. Dr. Brian Fitzpatrick - Treating physician/Amari;

15. Dr. Philip Spelson - Treating physician/Amari;

16. Dr. Lisa Stearns - Treating physician/Amari;

17. Dr. Craig Beaver - Treating physician/Gahary;

18. Michael Baldwin, MD - Treating physician/Gahary;

19. Dr. Lawrence Green - Treating physician/Gahary;

20. Brian Tsang, M.D. - Treating physician/Gahary;

21. Richard Isaacs - Defendant;

22. Kenneth Williams - Defendant;

23. Meir Dembowski - Friend of Amari;

24. Ron Smith - Friend of Amari;

25. Dr. Neil Pliskin - Plaintiff's expert/Amari;

26. Deputy Doug Coffin;

27. **Dr. Bryan Farford**;

28. **Dr. Shawn Corey**;

29. Any records custodian needed to authenticate records not stipulated prior to trial;

30. Any photographers deemed necessary to identify and authenticate photographs not stipulated prior to trial;

31. All persons identified in the parties' answers to interrogatories or any documents produced in response to request for production;

32. All persons identified as witnesses by the parties;

33. All persons identified in depositions taken in this action;

34. All persons subsequently discovered who will be disclosed to all parties promptly upon discovery;

35. All persons to be utilized in the impeachment of rebuttal of evidence presented at trial; and

36. Plaintiffs reserve the right to use any expert, retained or non-retained listed by defendants, as well as any additional opinion witnesses in order to respond to witnesses listed by defendants to provide opinion testimony.

THE LOWE LAW FIRM

By:   /s/ Jeffrey J. Lowe
     Jeffrey J. Lowe         #10538
     Attorney for Plaintiff
     8235 Forsyth, Suite 1100
     Clayton, Missouri 63105
     (314) 678-3400
     (314) 678-3401 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon the following, electronically or by first class U.S. Mail, postage pre-paid, on October 27, 2009, to:

Mr. Robert T. Dassow
HOVDE DASSOW & DEETS, LLC
Meridian Tower, Suite 500
201 West 103rd Street
Indianapolis, IN 46290

Mr. Keith A. Gaston
Mr. Robert D Emmerson
Ms. Pamela A. Paige
Cruser, Mitchell & Gaston
3077 East 98th Street, Ste. 280
Indianapolis, IN 46280
     for defendants Crete and Isaacs

-4-

Mr. Michael B. Langford
Scopelitis Garvin Light
  Hanson & Feary, PC
10 W. Market St., Suite 1500
Indianapolis, IN  46204
317-637-1777
317-687-2414 (fax)
    for defendants England and Williams

          /s/ Jeffrey J. Lowe